PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

**Western District of Texas**

**4:26-mj-220**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: <u>Luis Alfonso Jimenez-Perez</u>                Case Number: <u>7:21CR00199-001</u>

Name of Sentencing Judicial Officer: <u>Honorable David Counts U.S. District Judge</u>

Date of Original Sentence: <u>October 12, 2021</u>

Original Offense: <u>Illegal Re-Entry After Deportation, in violation of 8 U.S.C. § 1326(a) and 8 U.S.C. § 1326(b)(1)</u>

Original Sentence: <u>16 months imprisonment; 3 years supervised release</u>

Type of Supervision: <u>Supervised Release</u>        Date Supervision Commenced: <u>July 22, 2022</u>

Assistant U.S. Attorney: <u>Shane Austin Chriesman</u>    Defense Attorney: <u>John J. Velasquez</u>

---

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally re-enter the United States. If the defendant is released from confinement or not deported, or lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office. |

On February 16, 2025, the Department of Public safety arrested Luis Alfonso Jimenez-Perez for a pending warrant from a prior arrest for Driving While Intoxicated 3rd or more. According to the arrest report, Troopers observed the vehicle operated by Jimenez-Perez parked in the parking lot of La Esperanza Mexican Restaurant at 1511 North County Road West Odessa, Texas 79763. Troopers identified and then detained Jimenez-Perez. Jimenez-Perez did not legally re-enter the United States or report in person to the nearest U.S Probation office.

Case 7:21-cr-00199-L    Document 25 *SEALED*    Filed 4/10/25    Page 2 of 2

## U.S. Probation Officer Recommendation

The term of supervision should be:

☒ Revoked.    (Maximum Penalty: __2__ years of imprisonment; __36__ months of supervised release; and payment of any unsatisfied monetary sanction previously imposed.)

☐ Extended: for _____ years, for a total term of _____ years

The conditions of supervision should be modified as follows:

Approved by:

*Tremane Peel* (signature)

Tremane Peel
Supervising United States Probation Officer
Telephone: (432) 685-0327

Respectfully submitted by:

*Mario Garcia* (signature)

Mario Garcia
United States Probation Officer
Telephone: (432) 685-0307
Wednesday, April 9, 2025

Cc:    Tony Franco, Interim City Chief AUSA
Brad Richards, ADCUSPO

## THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other: _____

*(signature)*

Honorable David Counts
U.S. District Judge

April 10, 2025
Date